

DEC - 8 2022

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>GERALD SARNI<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:22-MJ-00764<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _December 12_____, _2022_____, at _11:00_____ ☒a.m. / ☐p.m. before the Honorable _JOHN D. EARLY, United States Magistrate Judge_____, in Courtroom _6A (Santa Ana)_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _December 8, 2022_____

U.S. District Judge/Magistrate Judge
JOHN D. EARLY